# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GERALD WASHINGTON,                         :     No. 22 EM 2018
                                            :
                        Petitioner          :
                                            :
                                            :
                                            :
            v.                              :
                                            :
                                            :
                                            :
IN THE COURT OF COMMON PLEAS                :
FOR THE PHILADELPHIA COUNTY OF             :
PENNSYLVANIA CRIMINAL DIVISION,            :
                                            :
                        Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.